# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:05cr88LAC

MISAEL MARTINEZ-GALIOTE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __October 17, 2005__

Motion/Pleadings: __MOTION TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS__

Filed by DEFENDANT_____ on _9/26/05_____ Doc.# 16_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

                                       WILLIAM M. McCOOL, CLERK OF COURT

_____           _/s/ Mary Maloy_____

LC (1 OR 2)              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of October, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) Moot. Case has been dismissed.*

                               _s/L. A. Collier_____

                                 **LACEY A. COLLIER**
                           **United States District Judge**

```
Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

                          Document No.