# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:05cr88LAC

MISAEL MARTINEZ-GALIOTE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   OCTOBER 19, 2005
Motion/Pleadings:  UNOPPOSED MOTION TO DISMISS THE INDICTMENT
Filed by GOVT                         on 10/18/05          Doc.# 18
RESPONSES:

                                          on                    Doc.#
                                          on                    Doc.#

_____ Stipulated     _____ Joint Pldg.
  X    Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of October, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b) The defendant is released from the custody of the United States Marshal's Service to immigration officers for the administrative processing of his case.*

                                                          s/*L.A. Collier*
                                                          ***LACEY A. COLLIER***
                                                   ***United States District Judge***

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.